AMENDED ALD-169                                                    NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 19-1168
_____

IN RE:  RUBEN MITCHELL,
                                                    Petitioner

_____

On a Petition for Writ of Mandamus from the
United States District Court for the Western District of Pennsylvania
(Related to W.D. Pa. Crim. No. 2:09-cr-00105-001)

_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
April 25, 2019

Before:  MCKEE, SHWARTZ and BIBAS, Circuit Judges

(Opinion filed: June 18, 2019)
_____

OPINION*
_____

PER CURIAM

Earlier this year, federal prisoner Ruben Mitchell filed a pro se mandamus

petition, asking us to direct the United States District Court for the Western District of

Pennsylvania to adjudicate his 28 U.S.C. § 2255 case.  Thereafter, on May 10, 2019, the

District Court denied Mitchell's request for § 2255 relief.  The District Court reaffirmed

_____

* This disposition is not an opinion of the full Court and pursuant to I.O.P. 5.7 does not
constitute binding precedent.

that denial on May 17, 2019, after receiving supplemental briefing from Mitchell. Because Mitchell has obtained the relief that he seeks in his mandamus petition, we will dismiss the petition as moot. See Blanciak v. Allegheny Ludlum Corp., 77 F.3d 690, 698-99 (3d Cir. 1996) ("If developments occur during the course of adjudication that eliminate a plaintiff's personal stake in the outcome of a suit or prevent a court from being able to grant the requested relief, the case must be dismissed as moot.").